FLD7130417PM012BUSBCSDF-MIA

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 12-15820-BKC-LMI
                                                Chapter 13
ELKA MARIA LUCENA,

_____Debtor_____/

### APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, FRANK ALBAIJES, as President of VILLAS OF MIAMI LAKES CONDOMINIUM ASSOCIATION, INC., applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $2,451.08, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of <u>VILLAGE OF MIAMI LAKES CONDO n/k/a VILLAS OF MIAMI LAKES CONDOMINIUM ASSOCIATION, INC.</u> Applicant further states that:

1.   (Indicate one of the following items:)

_____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

_____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

__X__ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court

LF-27 (rev. 12/01/09)                         Παγε 1 οφ 3

Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

\_\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 04/12/13

VILLAGE OF MIAMI LAKES CONDO
Name Under Which Funds Were Deposited

Scheduled
Claim Number
VILLAGE OF MIAMI LAKES CONDO n/k/a VILLAS OF MIAMI LAKES CONDOMINIUM ASSOCIATION, INC.
Name of Party On Whose Behalf Application Was Filed*

Address: c/o Straley & Otto, P.A.

2699 Stirling Road, Suite C-207

Fort Lauderdale, Florida 33312

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____ N/A _____

Tax ID (EIN #) 65-0978391

FRANK ALBAIJES, President of Claimant
Print Name and Title of Applicant

VILLAS OF MIAMI LAKES CONDOMINIUM ASSOCIATION, INC.
Print Company Name
c/o Straley & Otto, P.A.
2699 Stirling Road, Suite C-207
Print Street Address

Fort Lauderdale, Florida 33312
Print City and State

(954)962-7367
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on April 12, 2013

NOTARY PUBLIC, AT LARGE
STATE OF FLORIDA

[Notary seal: NOTARY PUBLIC, STATE OF FLORIDA, Comm# EE1[illegible], Expires 7/15/2013]

LF-27 (rev. 12/01/09)                    Παγε 3 οφ 3

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

                        Case No. 12-15820-BKC-LMI
                        Chapter 13

ELKA MARIA LUCENA,

              Debtor            /

### AFFIDAVIT OF CLAIMANT

I, FRANK ALBAIJES, am President of VILLAS OF MIAMI LAKES CONDOMINIUM ASSOCIATION, INC., (indicate status of claimant)

(   ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____
, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( X ) the duly authorized representative for the claimant "business" Villas of Miami Lakes Condominium Association, Inc.; or

(   ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____
, a "funds locator" or attorney, to submit an application on my behalf; or

(   ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____
, a "funds locator" or attorney, to submit an application on my behalf; or

(   ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____
a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $2,451.08 deposited in this court in the name of VILLAGE OF MIAMI LAKES CONDO n/k/a VILLAS OF MIAMI LAKES CONDOMINIUM ASSOCIATION, INC., and representing claim number__ scheduled _____ (if no claim was filed write "scheduled" in blank space).

    2. Claimant History: Substantiate claimant's right to funds, including but not

LF-28 (rev. 12/01/09)                         Παγε 1 οφ 2

limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 04/12/13

signature of claimant or representative of "business" claimant
FRANK ALBAIJES
print name
President of VILLAS OF MIAMI LAKES CONDOMINIUM ASSOCIATION, INC.
title

65-0978391
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

c/o Straley & Otto, P.A., 2699 Stirling Road, Suite C-207, Fort Lauderdale, Florida 33312
address

(954) 962-7367
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on April 12, 2013.

_____
NOTARY PUBLIC, AT LARGE
STATE OF FLORIDA

LF-28 (rev. 12/01/09)                    Παγε 2 οφ 2



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

No Events  No Name History

Return to Search Results

Entity Name Search
[ Search ]

## Detail by Entity Name

### Florida Non Profit Corporation

VILLAS OF MIAMI LAKES CONDOMINIUM ASSOCIATION, INC.

### Filing Information

**Document Number** N00000000116
**FEI/EIN Number** 650978391
**Date Filed** 01/06/2000
**State or Country** FL
**Status** ACTIVE

### Principal Address

C/O LANDMARK MG.
1941 NW 150 AVE.
PEMBROKE PINES, FL 33028

Changed: 02/16/2010

### Mailing Address

C/O LANDMARK MG.
1941 NW 150 AVE.
PEMBROKE PINES, FL 33028

Changed: 02/16/2010

### Registered Agent Name & Address

STRALEY & OTTO, PA
2699 STIRLING RD. C-207
HOLLYWOOD, FL 33312

Name Changed: 04/11/2008

Address Changed: 03/03/2011

### Officer/Director Detail

**Name & Address**

Title PRES

ALBAIJAS, FRANK
1941 NW 150TH AVENUE
PEMBROKE PINES, FL 33028

Title SEC

LABISTE, LUIS
1941 NW 150TH AVENUE
PEMBROKE PINES, FL 33028

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2011 | 03/03/2011 |
| 2012 | 03/20/2012 |
| 2013 | 03/14/2013 |

## Document Images

| | |
|---|---|
| 03/14/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/03/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/16/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2008 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2005 -- ANNUAL REPORT | View image in PDF format |
| 07/29/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/19/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/09/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2000 -- Domestic Non-Profit | View image in PDF format |

**No Events   No Name History**

Return to Search Results

Entity Name Search

Search